AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| THE CLEANING AUTHORITY FRANCHISING SPE, LLC, *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:24-cv-147 -EA |
| MIKE CAVALLARO, *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Mike Cavallaro
    111 Oakwood Circle
    Gibsonia, Pennsylvania 15044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Robert L. Zisk, Esq.
    Lathrop GPM LLP
    The Watergate
    600 New Hampshire Avenue, N.W. - Suite 700
    Washington, DC 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/17/2024

*Signature of Clerk or Deputy Clerk*